| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DIVISION:        1 (Beaumont)                           DATE:        January 23, 2019
DISTRICT JUDGE:  Hon. Marcia A. Crone                   TIME:        4:35 p.m.-4:45 p.m.

MILLIE STOKER, §
　　　　　　　　§
　　　Plaintiff, §
　　　　　　　　§
versus §   CIVIL ACTION NO. 1:18-CV-606
　　　　　　　　§
HOBBY LOBBY STORES, INC., §
　　　　　　　　§
　　　Defendant. §

**MINUTE ENTRY: SCHEDULING CONFERENCE**

ATTORNEY FOR PLAINTIFF:          Jonathan Charles Juhan and Javier Cabanillas

ATTORNEYS FOR DEFENDANT:         Raul Ivan Saenz of Mayer LLP

　　　Counsel convened in chambers on Wednesday, January 23, 2019, to inform the court of the facts and issues in this personal injury and premises liability dispute. Plaintiff Millie Stoker ("Stoker") claims she fell in a large puddle of glittery liquid at Hobby Lobby Stores, Inc.'s ("Hobby Lobby") Beaumont store while being escorted by a Hobby Lobby employee, causing her to sustain a variety of injuries. Stoker claims the employee should have noticed the puddle and warned her of the danger. Hobby Lobby claims that the puddle was a clear liquid of no more than 3 inches in diameter and that there was no identifiable source of the liquid. Hobby Lobby denies liability, alleging that Stoker failed to exercise ordinary care. In addition, the court and counsel agreed to a scheduling order which will govern all future proceedings.

　　　SIGNED at Beaumont, Texas, this 28th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE